

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 9166
E-mail: Chris.Richardson@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC; Penn Entertainment, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Raymond Finn | Case No.: 2:24-cv-373 |
| Plaintiff, | |
| vs. | **Stipulated Discovery Plan and Scheduling Order** |
| LVGV, LLC dba The M Resort Spa and Casino, a Domestic Limited-Liability Company; Penn Entertainment, Inc., Foreign Corporation; Michael Williams, a Nevada resident, Does 1 through 10, and Roe Corporations 1 through 20, inclusive, | |
| Defendants. | |

Comes now Plaintiff Raymond Finn ("Plaintiff") and Defendants LVGV, LLC and Penn Entertainment, Inc. (collectively "Defendants"), by and through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1 and propose the Discovery Plan and Scheduling Order set forth herein.

a. Meeting. Pursuant to FRCP 26(f) and LR 26-1, a telephonic meeting was held on March 26, 2024, and was attended by counsel for Plaintiff, Jordan Schnitzer and Chris Richardson, Esq., counsel for Defendants.

b. Date for Exchange of Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1): April 9, 2024 – this is fourteen days from the date of the Rule 26(f) Conference.

c. Date for the Exchange of Disclosures Pursuant to Federal Rule of Civil Procedure

26(a)(2): Disclosures identifying experts and final expert reports shall be made by December 20, 2024. This is slightly more than 90 days before the discovery cut-off date to avoid deadlines during holidays.

d.      Date for the Exchange of Rebuttal Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(2): Rebuttal expert disclosures shall be made by January 26, 2024.  This is 60 days before discovery closes and slightly more than 30 days after  the initial disclosure of experts due to Christmas and New Year's holidays.

e.      Subjects on Which Discovery May be Needed: (i) Plaintiff's claims regarding the alleged assault at the M Casino; (ii) damages stemming from the events of which Plaintiff complains of herein; (iii) the affirmative defenses pleaded by the Defendants herein; and (iv) other matters reasonably embraced within the scope of the pleadings, including the allegations of Plaintiff as advanced in his complaint.

f.      Date for the Close of Discovery:  The discovery cutoff date is March 26, 2025.  This is one year after the FRCP 26 conference. The parties believe the additional time is warranted due to the nature of the case. Specifically, this is generally a negligent security case surrounding an incident at a hotel/casino. There will likely need to be many non-party witnesses deposed, as well as employees and representatives. Further, Plaintiff's injuries resulted in an alleged traumatic brain injury. Discovery relating to traumatic brain injury claims require additional time than typical injury cases.

g.      Phasing and Limitations on Discovery:  Plaintiff and Defendants have agreed to stay discovery as to Penn Entertainment, Inc., for 30 days to April 29, 2024.  This will allow the Court to consider the merits of Penn Entertainment, Inc.'s pending Motion to Dismiss for Lack of Personal Jurisdiction and Plaintiff's pending Motion to Remand to Nevada State District Court.

h.      Electronically Stored Information: The parties agree electronically stored information may be produced in any common format, inclusive of PDF format, except where the veracity or timeliness of a given item is specifically implicated, in which case the subject item shall be produced in native format.

295583673v.1

i.      Claim of Privilege: It is not anticipated this case will meaningfully bear on privileged or protected matter. The parties agree to voluntarily destroy any inadvertently produced privileged matter, and that such an inadvertent productions shall not constitute a waiver of the attorney/client privilege or the attorney work product doctrine.

j.      Changes to Limitations on Discovery: None.

k.      Deadline to Amend Pleadings or Add Parties: The deadline to amend shall be December 26, 2024; the deadline to add parties shall also be December 26, 2024. This is 90 days prior to the close of discovery.

l.      Deadline for the Filing of Dispositive Motions: April 28, 2025. This is 30 days after the discovery cut-off date.

m.      Deadline for the Filing of a Joint Pretrial Order: May 28, 2025. This is 30 days after the deadline for filing dispositive motions.

n.      Deadline for Exchange of Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(3): Pretrial disclosures shall disclosed in the Joint Pretrial Order.

o.      Alternative Dispute Resolution: Counsel for the Plaintiff and the Defendants have conferred concerning alternative dispute resolution, and will work amicably through their counsel to assess the potential upside of mediation as the case progresses.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-3-

1    p.    Alternative Forms of Case Disposition: The undersigned parties certify that they have

2  considered consent to trial by a magistrate judge under 28 U.S.C. § 63 (c) and Fed. R. Civ. P. 73 and

3  the use of the Short Trial Program.

4        DATED this 12th day of April, 2024.

5

| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | THE SCHNITZER LAW FIRM |
|---|---|
| */s/ Chris Richardson*<br>MICHAEL P. LOWRY<br>Nevada Bar No. 10666<br>CHRIS J. RICHARDSON<br>Nevada Bar No. 9166<br>Attorneys for LVGV, LLC; Penn<br>Entertainment, Inc. | */s/ Jordan Schnitzer*<br>JORDAN P. SCHNITZER<br>Nevada Bar No. 10744<br>KRISTINA L. BLACK<br>Nevada Bar No. 12699<br>710 South 9th Street, Suite 2<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff |

11    **IT IS SO ORDERED:**

12

13    UNITED STATES MAGISTRATE JUDGE

14    DATED: April 15, 2024

295583673v.1